# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROXANN J. FRANKLIN-MASON,<br>    Plaintiff,<br><br>v.<br><br>GORDON R. ENGLAND,<br>Secretary of the Navy,<br><br>    Defendant. | Civil Action No. 96-2505 (JMF) |

## ORDER

It is, hereby,

**ORDERED** that the transcript from the hearing held on February 2-4, 2005 and April 8, 2005 is unsealed for the purpose of allowing ProTypists to prepare a transcript of the proceedings solely for distribution to the principals and their counsel. Those authorized persons include the following:

1.  Plaintiff, Roxann J. Franklin-Mason

2.  Attorney for Plaintiff, Camilla C. McKinney

3.  Defendant, Gordon R. England

4.  Assistant United States Attorney, Fred Haynes.

**SO ORDERED.**

Date:  _____
                                        JOHN M. FACCIOLA
                                        UNITED STATES MAGISTRATE JUDGE